UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————x
United States of America,

                    Plaintiff,

-against-

                                                        Case No. 7:98-mj-2709

Randall Sandsmark

                    Defendant.
——————————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                        SO ORDERED.

                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
           Poughkeepsie, New York